FILED

2008 Jun-02  PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLASSROOMDIRECT.COM, LLC,        }
                                 }
        Plaintiff,               }
                                 }      CIVIL ACTION NO.
v.                               }      06-AR-1669-S
                                 }
DRAPHIX, LLC,                    }
                                 }
        Defendant.               }

## SUBMISSION ORDER

If plaintiff desires to respond to the motion for summary judgment filed on May 30, 2008, by defendant, it shall do so on or before **4:30 P.M.** on **June 16, 2008.**  If defendant desires to reply to any such response, it shall do so on or before **4:30 P.M.** on **June 23, 2008**, or file a motion for additional reasonable time within which to reply.  After any such reply, or after any such motion for extension is denied, or after any granted extension expires, whichever event first occurs, the Rule 56 motion will automatically come under submission without oral argument.  **This countermands anything to the contrary contained in the uniform initial order.**

DONE this 2nd day of June, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE